# United States Court of Appeals
## For the First Circuit

No. 16-2100

BERKSHIRE ENVIRONMENTAL ACTION TEAM, INC.; JEAN ATWATER-
WILLIAMS; RONALD M. BERNARD; CATHY KRISTOFFERSON; CHERYL D.
ROSE; IRVINE SOBELMAN; PAULA L. TERRASI; SUSAN K. THEBERGE;
ROSEMARY WESSEL; KATHRYN R. EISEMAN; ARIEL S. ELAN; ELLIOT
FRATKIN; MARTHA A. NATHAN; KENNETH HARTLAGE; RONALD R. COLER;
JANE WINN; HEATHER MORRICAL,

Petitioners,

v.

TENNESSEE GAS PIPELINE COMPANY, LLC; MASSACHUSETTS DEPARTMENT OF
ENVIRONMENTAL PROTECTION,

Respondents.

PETITION FOR REVIEW OF AN ORDER OF THE MASSACHUSETTS DEPARTMENT
OF ENVIRONMENTAL PROTECTION

**ERRATA SHEET**

The opinion of this Court issued on March 15, 2017, is amended as follows:

On page 15, line 15, "[chapter 0A]" is replaced with "[chapter 30A]."